# United States District Court
WESTERN DISTRICT OF WASHINGTON

WILLIAM D. WEBSTER,

    PLAINTIFF

    v.

STACY BRONSON and KITSAP COUNTY
JUVENILE SERVICES, dba KITSAP COUNTY,
a Municipality,

    DEFENDANTS

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C07-5661FDB

____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendants' Motion to Dismiss Plaintiff's Complaint [Dkt. #6] is GRANTED.

This case is DISMISSED WITH PREJUDICE, in its entirety.

January 25, 2008

BRUCE RIFKIN
Clerk

/s/  Pat LeFrois
_____
Deputy Clerk