UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM WEBSTER,

                    Plaintiff,                          CV07-5661FDB

        vs

STACY BRONSON, et al,                                  ORDER FOR JOINT
                                                       STATUS REPORT

                    Defendant.

NOW, on August 6, 2009, the Court directs the Clerk to enter the following Minute Order:

Pursuant to the mandate of USCA # 20, the parties shall submit by no later than September 25, 2009 a Joint Status Report setting forth information as to the following:

1. Whether mediation is appropriate;
2. When any further discovery may be concluded;
3. When the case is ready for trial and suggested trial dates when counsel are available;
4. Whether trial is jury or non-jury, and how long it will take to try the case; and
5. Any other pertinent information or suggestions for expeditiously handling this case.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

                        .

                                        /s/ Pat LeFrois
                                        Pat LeFrois
                                        Courtroom Deputy