AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIAM D. WEBSTER,

    PLAINTIFFS,

v.

STACY BRONSON and KITSAP COUNTY
JUVENILE SERVICES,

    DEFENDANTS,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5661FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Pursuant to the Order [Dkt. #41] of October 2, 2009, Defendants' Motion , [Dkt. No 24] to Dismiss Plaintiff's Amended Complaint is GRANTED.

Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE.

 

February 8, 2010                                                 BRUCE RIFKIN
                                                                                                          Clerk

                                                                            /s/ Pat LeFrois
                                                                           Deputy Clerk